PHILLIP A. TALBERT
United States Attorney
ROGER YANG
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SHENG YEN,<br><br>           Defendant. | 2:23-cr-00118-JAM<br><br>**APPLICATION AND ORDER FOR MONEY JUDGMENT** |

On or about May 25, 2023, defendant Sheng Yen entered a guilty plea to Count Two of the Information, which charges him with Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h).

As part of his plea agreement with the United States, defendant Sheng Yen agreed to forfeit voluntarily and immediately $375,200.86, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1956(h), to which he has pled guilty.  See Defendant Yen's Plea Agreement ¶ II.G.  The United States hereby applies for entry of a money judgment as follows:

1.     Pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Sheng Yen in the amount of $375,200.86.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Sheng Yen's conviction for violating 18 U.S.C. § 1956(h) (Count Two).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  A payment of $200,000.00 is due 30 days prior to sentencing.  The $200,000.00 must be delivered to the U.S. Attorney's Office and will be used to entirely satisfy the $375,200.86 personal money judgment described above.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated:  8/18/2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## O R D E R

For good cause shown, the Court hereby **IMPOSES** a personal forfeiture money judgment against defendant Sheng Yen in the amount of $375,200.86.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn:  Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  A payment of $200,000.00 is due 30 days prior to sentencing.  The $200,000.00 must be delivered to the U.S. Attorney's Office and will be used to entirely satisfy the $375,200.86 personal money judgment described above.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

**IT IS SO ORDERED.**

Dated:  August 22, 2023 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE