CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:   (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:23-cr-00118-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SENTENCING; ORDER** |
| v. | |
| SHENG YEN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 26, 2023. *See* ECF No. 7. By this stipulation, the parties now move to re-set the matter for sentencing on January 23, 2024, and request that the Court set the following schedule:

   a) A draft PSR shall be filed by the probation officer on or before November 28, 2023;

   b) Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before December 12, 2023;

   c) A final PSR shall be filed by the probation officer on or before December 19, 2023;

   d) Formal objections to, and motions for correction of, the PSR shall be filed on or

1 before January 9, 2024;

2   e) Replies to objections to, and motions for correction of, the PSR shall be filed on
3 or before January 16, 2024;

4   f) Sentencing memoranda shall be filed on or before January 16, 2024.

6 IT IS SO STIPULATED.

8 Dated:  September 7, 2023      PHILLIP A. TALBERT
                 Acting United States Attorney

10                  /s/ ROGER YANG
                 ROGER YANG
11                  Assistant United States Attorney

14 Dated:  September 7, 2023      /s/ CANDICE FIELDS
                 CANDICE FIELDS
15                  Counsel for Defendant
                 SHENG YEN

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

This matter is hereby SET for judgment and sentencing on **January 23, 2024, at 09:00 a.m.** The parties shall appear before the Court at that date and time. The Court hereby **ADOPTS** the following schedule:

1. A draft PSR shall be filed by the probation officer on or before November 28, 2023;

2. Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before December 12, 2023;

3. A final PSR shall be filed by the probation officer on or before December 19, 2023;

4. Formal objections to, and motions for correction of, the PSR shall be filed on or before January 9, 2024;

5. Replies to objections to, and motions for correction of, the PSR shall be filed on or before January 16, 2024;

6. Sentencing memoranda shall be filed on or before January 16, 2024.

IT IS SO ORDERED.

Dated: September 07, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE