CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHENG YEN,<br><br>                    Defendant. | CASE NO. 2:23-cr-00118-JAM<br><br>**STIPULATION REGARDING SENTENCING; ORDER** |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 23, 2024. *See* ECF No. 16. By this stipulation, the parties now move to re-set the matter for sentencing on February 13, 2024, and request that the Court set the following schedule:

   a) A draft PSR shall be filed by the probation officer on or before January 2, 2024;

   b) Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before January 16, 2024;

   c) A final PSR shall be filed by the probation officer on or before January 23, 2024;

   d) Formal objections to, and motions for correction of, the PSR shall be filed on or before January 30, 2024;

   e) Replies to objections to, and motions for correction of, the PSR shall be filed on

1  or before February 6, 2024;

2      f) Sentencing memoranda shall be filed on or before February 6, 2024.

4  IT IS SO STIPULATED.

6  Dated:  October 27, 2023      PHILLIP A. TALBERT
    Acting United States Attorney

8       /s/ ROGER YANG
    ROGER YANG
9      Assistant United States Attorney

12 Dated:  October 27, 2023      /s/ CANDICE L. FIELDS
    CANDICE L. FIELDS
13     Counsel for Defendant
    SHENG YEN

28  / / /

**ORDER**

This matter is hereby **SET** for judgment and sentencing on **February 13, 2024, at 09:00 a.m**. The parties shall appear before the Court at that date and time. The Court hereby ADOPTS the following schedule:

1. A draft PSR shall be filed by the probation officer on or before January 2, 2024;

2. Informal objections to the presentence investigation report ("PSR") shall be sent to the assigned probation officer and the opposing party on or before January 16, 2024;

3. A final PSR shall be filed by the probation officer on or before January 23, 2024;

4. Formal objections to, and motions for correction of, the PSR shall be filed on or before January 30, 2024;

5. Replies to objections to, and motions for correction of, the PSR shall be filed on or before February 6, 2024;

6. Sentencing memoranda shall be filed on or before February 6, 2024.

IT IS SO ORDERED.

Dated: October 26, 2023        /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE