CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00118-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SENTENCING; ORDER** |
| v. | |
| SHENG YEN, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 6, 2024. *See* ECF No. 20. The government and defense agree that sentencing should be postponed for the following reasons: to permit the defendant time to meet his pre-sentencing restitution obligations. By this stipulation, the parties now move to re-set the matter for sentencing on September 10, 2024, and request that the Court set the following schedule:

    a) The Probation Interview was completed on May 9, 2024;

    b) The draft PSR will be completed on or before July 29, 2024;

    c) Informal objections to the presentence investigation report ("PSR") will be completed on or before August 6, 2024;

    d) A final PSR shall be filed by the probation officer on or before August 13, 2024;

e) Formal objections to, and motions for correction of, the PSR shall be filed on or before August 20, 2024;

f) Replies to objections to, and motions for correction of, the PSR shall be filed on or before August 27, 2024;

g) Sentencing memoranda shall be filed on or before September 3, 2024.

IT IS SO STIPULATED.

Dated: May 14, 2024           PHILLIP A. TALBERT
                              Acting United States Attorney

                              /s/ ROGER YANG
                              ROGER YANG
                              Assistant United States Attorney


Dated: May 14, 2024           /s/ CANDICE L. FIELDS
                              CANDICE L. FIELDS
                              Counsel for Defendant
                              SHENG YEN

/ / /

**ORDER**

The judgment and sentencing set for June 04, 2024, is hereby **RESET** for **September 10, 2024, at 09:00 a.m.** The parties shall appear before the Court at that date and time. The Court hereby **ADOPTS** the following schedule:

1. A final PSR shall be filed by the probation officer on or before **August 6, 2024**;

4. Formal objections to, and motions for correction of, the PSR shall be filed on or before **August 20, 2024**;

5. Replies to objections to, and motions for correction of, the PSR shall be filed on or before **August 27, 2024**;

6. Sentencing memoranda shall be filed on or before **September 3, 2024**.

IT IS SO ORDERED.

Dated: May 15, 2024         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE