CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00118-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING SENTENCING; ORDER** |
| v. | |
| SHENG YEN, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 21, 2025. *See* ECF No. 25. The government and defense agree that sentencing should be postponed for the following reasons: to permit the defendant time to meet his pre-sentencing restitution obligations.

2. By this stipulation, the parties now move to re-set the matter for sentencing on April 8, 2025, and request that the Court set the following schedule:

   a) The Probation Interview was completed on May 9, 2024;

   b) The draft PSR will be completed on or before March 4, 2025;

   c) Informal objections to the presentence investigation report ("PSR") will be completed on or before March 11, 2025;

   d) A final PSR shall be filed by the probation officer on or before March 18, 2025;

  e)  Formal objections to, and motions for correction of, the PSR shall be filed on or before March 25, 2025;

  f)  Replies to objections to, and motions for correction of, the PSR shall be filed on or before April 1, 2025;

  g)  Sentencing memoranda shall be filed on or before April 1, 2025.

IT IS SO STIPULATED.

Dated:  January 10, 2025        PHILLIP A. TALBERT
                  Acting United States Attorney

                   /s/ ROGER YANG
                   ROGER YANG
                   Assistant United States Attorney

Dated:  January 10, 2025        /s/ CANDICE L. FIELDS
                   CANDICE L. FIELDS
                   Counsel for Defendant
                   SHENG YEN

/ / /

# ORDER

This matter is hereby **SET** for judgment and sentencing on **April 08, 2025, at 09:00 a.m.** The parties shall appear before the Court at that date and time. The Court hereby **ADOPTS** the following schedule:

1. The draft PSR will be completed on or before **March 04, 2025**;

2. Informal objections to the presentence investigation report ("PSR") will be completed on or before **March 11, 2025**;

3. A final PSR shall be filed by the probation officer on or before **March 18, 2025**;

4. Formal objections to, and motions for correction of, the PSR shall be filed on or before **March 25, 2025**;

5. Replies to objections to, and motions for correction of, the PSR shall be filed on or before **April 01, 2025**;

6. Sentencing memoranda shall be filed on or before **April 01, 2025**.

IT IS SO ORDERED.

Dated: January 15, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE