CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHENG YEN,<br><br>    Defendant. | CASE NO. 2:23-cr-00118-JAM<br><br>**STIPULATION AND ORDER VACATING SENTENCING AND SETTING STATUS CONFERENCE REGARDING SENTENCING**<br><br>Date: April 8, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 2, 2023, the United States charged Yen by information with two counts of Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956. ECF 1.

2. On May 23, 2023, Yen pled guilty to one count of money laundering conspiracy. ECF 7.

3. This matter is currently set for sentencing on April 8, 2025, at 9:00. ECF 27.

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order vacating the sentencing date and setting a status conference regarding sentencing to August 5, 2025, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: March 24, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: March 24, 2025

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
SHENG YEN

**ORDER**

Based on the stipulation of the parties, the April 08, 2025 sentencing is **VACATED**. A status conference regarding sentencing is hereby **SET** for **August 05, 2025, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: March 28, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE