CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>            v.<br><br>SHENG YEN,<br><br>                 Defendant. | CASE NO. 2:23-cr-00118-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING HEARING**<br><br>Date: August 5, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 2, 2023, the United States charged Yen by information with two counts of Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956. ECF 1.

2. On May 23, 2023, Yen pled guilty to one count of money laundering conspiracy. ECF 7.

3. This matter is currently set for **status re** sentencing on August 5, 2025, at 9:00. ECF 29.

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order vacating the sentencing date and **setting a status conference regarding sentencing to November 18, 2025, at 9:00 a.m.**

IT IS SO STIPULATED.

Dated:  July 23, 2025                                KIMBERLY A. SANCHEZ
                                                     Acting United States Attorney


                                                     /s/ ROGER YANG
                                                     ─────────────────────────
                                                     ROGER YANG
                                                     Assistant United States Attorney



Dated:  July 23, 2025                                /s/ CANDICE L. FIELDS
                                                     ─────────────────────────
                                                     CANDICE L. FIELDS
                                                     Counsel for Defendant
                                                     SHENG YEN


**ORDER**

IT IS SO ORDERED.

Dated: July 23, 2025                                 /s/ John A. Mendez
                                                     ─────────────────────────
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     SENIOR UNITED STATES DISTRICT JUDGE