| | |
|---|---|
| 1 | CANDICE L. FIELDS |
| 2 | CANDICE FIELDS LAW, PC |
|   | 400 Capitol Mall, Suite 1620 |
|   | Sacramento, CA 95814 |
| 3 | Telephone: (916) 414-8050 |
|   | Facsimile: (916) 790-9450 |

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00118-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING** |
| v. | |
| SHENG YEN, | Date: November 18, 2025 |
|   | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 2, 2023, the United States charged Yen by information with two counts of Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956. ECF 1.

2. On May 23, 2023, Yen pled guilty to one count of money laundering conspiracy. ECF 7.

3. This matter is currently set for sentencing on November 18, 2025, at 9:00. ECF 33.

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order vacating the sentencing date and setting a status conference regarding sentencing to March 24, 2026, at 9:00 a.m.

5. Probation Officer Besabe has been consulted and approves of this request.

IT IS SO STIPULATED.

STIPULATION REGARDING STATUS RE SENTENCING    1

Dated: November 7, 2025

ERIC GRANT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: November 7, 2025

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
SHENG YEN

## ORDER

Based on the stipulation of the parties, the November 18, 2025 Status Conference Regarding Judgment and Sentencing is **VACATED** and **RESET** for **March 24, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: November 10, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE