CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone:  (916) 414-8050
Facsimile:  (916) 790-9450


Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00118-DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| SHENG YEN, | Date:  March 23, 2025 |
| Defendant. | Time:   9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 2, 2023, the United States charged Yen by information with two counts of Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956. ECF 1.

2. On May 23, 2023, Yen pled guilty to one count of money laundering conspiracy. ECF 7.

3. This matter is currently set for status re judgment and sentencing on March 23, 2026, at 9:30 a.m.. ECF 38.

4. The government requests additional time to prepare sentencing materials pertinent to the Court's analysis pursuant to 18 U.S.C. § 3553(a).  Additionally, the defense requests additional time to prepare mitigation materials pertinent to the Court's analysis pursuant to 18 U.S.C. § 3553(a). Therefore, the parties jointly request that this Court enter an order setting a status conference regarding judgment and sentencing to September 14, 2026, at 9:30 a.m.

STIPULATION REGARDING STATUS RE SENTENCING                1

5.    Probation Officer Besabe has been consulted and approves of this request.

IT IS SO STIPULATED.

Dated:  March 18, 2026                          ERIC GRANT
                                                United States Attorney


                                                /s/ ROGER YANG
                                                ROGER YANG
                                                Assistant United States Attorney



Dated:  March 18, 2026                          /s/ CANDICE L. FIELDS
                                                CANDICE L. FIELDS
                                                Counsel for Defendant
                                                SHENG YEN


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference regarding judgment and sentencing previously scheduled for March 23, 2026, is continued until September 14, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **March 18, 2026**          _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING STATUS RE SENTENCING                          2