CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sheng Yen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHENG YEN,<br>Defendant. | CASE NO. 2:23-CR-00118-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>Date: September 14, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On May 2, 2023, the United States charged Yen by information with two counts of Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956. ECF 1.

2. On May 23, 2023, Yen pled guilty to one count of money laundering conspiracy. ECF 7.

3. This matter is currently set for status re judgment and sentencing on September 14, 2026, at 9:30 a.m..

4. The government requests additional time to prepare sentencing materials pertinent to the Court's analysis pursuant to 18 U.S.C. § 3553(a). Additionally, the defense requests additional time to prepare mitigation materials pertinent to the Court's analysis pursuant to 18 U.S.C. § 3553(a). Therefore, the parties jointly request that this Court enter an order setting a

status conference regarding judgment and sentencing to May 3, 2027, at 9:30 a.m.

5. Probation Officer Besabe has been consulted and approves of this request.

IT IS SO STIPULATED.

Dated: September 8, 2026

ERIC GRANT
United States Attorney

/s/ Roger Yang
Roger Yang
Assistant United States Attorney

Dated: September 8, 2026

/s/ Candice L. Fields
Candice L. Fields
Counsel for Defendant
SHENG YEN

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference re judgment and sentencing previously scheduled for September 14, 2026, is continued to May 3, 2027, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE